NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 05-738

STATE OF LOUISIANA

VERSUS

CLIFTON DEVON SMITH

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 3971-03
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## OSWALD A. DECUIR
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED AND REMANDED
WITH INSTRUCTIONS.

Ronald A. Rossitto, District Attorney
Sharon D. Wilson, Assistant District Attorney
Carla S. Sigler, Assistant District Attorney
P.O. Box 3206
Lake Charles, LA 70602-3206
(337) 437-3400
Counsel for Appellee:
    State of Louisiana

Pamela S. Moran
Louisiana Appellate Project
P.O. Box 840030
New Orleans, LA 70184-0030
(504) 286-8697
Counsel for Defendant/Appellant:
    Clifton Devon Smith

**Clifton Devon Smith**
**Louisiana State Penitentiary**
**Hickory 1**
**Angola, LA 70712**